## HERNDON, ET AL. V. GILREATH.
(Decided Jan. 20, 1910.)

APPEAL from Walker Chancery Court.

Heard before Hon. A. H. BENNERS.

SMITH & SMITH, for appellant.

BANKHEAD & BANKHEAD, for appellee.

MCCLELLAN, J.—Appeal dismissed on the authority of *Bickly v. Bickly*, 129 Ala. 403; *Ex parte Woodruff*, 123 Ala. 99.

DOWDELL, C. J., and SIMPSON and MAYFIELD, JJ., concur.

---

## HESTER V. TAYLOR.
(Decided Jan. 13, 1910.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

BLAKE & WALKER, for appellant.

R. J. HOOTEN, for appellee.

Per curiam.—Affirmed for want of assignment of error.

---

## FRENCH V. CITY OF BIRMINGHAM.
(Decided Dec. 16, 1909.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

B. M. ALLEN, and R. N. BELL, for appellant.

J. Q. SMITH, H. A. LOCKE, and S. D. WEAKLEY, for appellee.

SAYRE, J.—Reversed and rendered on the authority of *Eidge v. City of Bessemer*, 164 Ala. 599; 51 South. 246.

DOWDELL, C. J., SIMPSON, ANDERSON and MAYFIELD, JJ., concur: DENSON and MCCLELLAN, JJ., dissent.